01
02
03
04
05
06
07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08 JOSE MIGUEL CHAVEZ-BARAHONA,            )
                                          )   CASE NO. C16-0226-RAJ-MAT
09            Petitioner,                 )
                                          )
10      v.                                )   REPORT AND RECOMMENDATION
                                          )
11 NATHALIE R. ASHER, et al.,             )
                                          )
12            Respondents.                )
                                          )
13 _____ )

14          Petitioner Jose Miguel Chavez-Barahona, who is represented by counsel, initiated this

15 28 U.S.C. § 2241 habeas action to obtain release from immigration detention.   The parties have

16 filed a stipulation and proposed order of dismissal, agreeing that this matter is moot and should

17 be dismissed without prejudice and without an award of costs or fees to either party.   Dkt. 4.

18 Accordingly, the Court recommends entering an Order (1) granting the parties' stipulation, Dkt.

19 4, and (2) dismissing this matter without prejudice and without an award of costs or fees to

20 either party.    A proposed Order accompanies this Report and Recommendation.

21 \\

22 \\

REPORT AND RECOMMENDATION
PAGE -1

01          The Clerk should note the matter as immediately ready for the Honorable Richard A.

02    Jones's consideration.

03          DATED this 28th day of March, 2016.

04

05

06                                                    Mary Alice Theiler
                                                      United States Magistrate Judge
07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

REPORT AND RECOMMENDATION
PAGE -2