THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JOSE MIGUEL CHAVEZ-BARAHONA, | ) | |
| Petitioner, | ) | CASE NO. C16-226-RAJ |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| NATHALIE R. ASHER, et al., | ) | |
| Respondents. | ) | |
| | ) | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. The parties' stipulation and proposed order of dismissal (Dkt. 4) is GRANTED;

3. This action is DISMISSED without prejudice and without an award of costs or fees to either party; and

\\

ORDER OF DISMISSAL
PAGE -1

01 \\

02     4.    The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

03     DATED this 29th day of March, 2016.

04

05     */s/ Richard A. Jones*

06     The Honorable Richard A. Jones
    United States District Court

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER OF DISMISSAL
PAGE -2